Petra y Luisa Osorio y Ruiz, peticionarias y apeladas, *v.* La Asociación de Maestros de Puerto Rico y Carmen Luisa y Pedro Gumbe y Ruiz, querellados y apelante la primera.

Núm. 9524.—*Sometido:* Diciembre 12, 1947. *Resuelto:* Diciembre 23, 1947.

*Virgilio Brunet,* abogado de la apelante; *José Sabater,* abogado de las apeladas.

El Juez Asociado Señor Snyder emitió la opinión del tribunal.

Se trata de una petición de *mandamus* radicada ante la Corte de Distrito de Mayagüez, para obligar a la Asociación de Maestros a pagar a las peticionarias parte de la cuota mortuoria de un miembro fallecido. Los hechos alegados están expuestos detalladamente en el caso de *Asociación de Maestros de Puerto Rico* v. *Corte,* 66 D.P.R. 705. La Asociación querellada radicó su contestación, y el mismo día radicó tam-

bién una moción para que se trasladara el caso a la Corte de Distrito de San Juan por el fundamento de que en esta última ciudad estaban situados el domicilio y la oficina central de la Asociación. La moción decía que los otros recurridos, Carmen Luisa y Pedro Gumbe Ruiz, representados también por el abogado de la Asociación, estaban conformes con el traslado del caso. Las peticionarias solicitaron se retuviera el caso en la Corte de Distrito de Mayagüez por la conveniencia de los testigos y los fines de la justicia, a tenor con el artículo 83(4) del Código de Enjuiciamiento Civil. Las peticionarias radicaron un *affidavit* de méritos exponiendo el testimonio de los testigos que pensaba utilizar. La corte de distrito declaró sin lugar la moción de traslado, y la Asociación apela de dicha resolución.

La corte inferior descansó en el caso de *Piereschi* v. *Comisionado de Agricultura*, 62 D.P.R. 114. En dicho caso resolvimos que contestada la demanda, la corte de distrito, al resolver una moción de traslado, puede tomar en cuenta la conveniencia de los testigos. Pero dicho caso no es aplicable al presente, ya que las alegaciones demuestran que aquí no hay controversia en cuanto a los hechos. La solicitud y la contestación revelan que la única disputa entre las partes gira en torno a una cuestión de derecho; es decir, quién tiene derecho a la cuota mortuoria. En un caso donde se trata únicamente de una cuestión de derecho, la conveniencia de los testigos no desempeña papel aguno. En su consecuencia, la corte de distrito cometió error al declarar sin lugar la moción de traslado.

*La resolución de la corte de distrito será revocada y se devolverá el caso con instrucciones de que se traslade a la Corte de Distrito de San Juan.*